1 GARY J. VALERIANO (Bar No. 89644)
  gjv@amclaw.com
2 MARK J. KRONE (Bar No. 219806)
  mk@amclaw.com
3 ANDERSON, McPHARLIN & CONNERS LLP
  Thirty-First Floor
4 444 South Flower Street
  Los Angeles, California  90071-2901
5 TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

6 Attorneys for Plaintiff HARTFORD FIRE
  INSURANCE COMPANY

7

8            UNITED STATES DISTRICT COURT

9    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10

11 HARTFORD FIRE INSURANCE            Case No. C-05-4818-SC
   COMPANY, a Connecticut corporation,
12                                    [PROPOSED] ORDER FOR
              Plaintiff,              ENLARGEMENT OF TIME TO SERVE
13                                    SUMMONS AND COMPLAINT
       vs.
14                                    [Filed concurrently with Plaintiff's Notice
   STEVEN BOYD CAMERON; and DOES      and Application for Enlargement of Time to
15 1-10, inclusive,                   Serve Summons and Complaint;
                                      Declaration of Mark J. Krone]
16            Defendants.
                                      Action Filed:    11/23/05
17

18     After considering the application and supporting pleadings, together with the respective

19 accompanying exhibits thereto:

20     IT IS HEREBY ORDERED that Plaintiff HARTFORD FIRE INSURANCE COMPANY's

21 time within which to serve the summons and complaint upon Defendant STEVEN BOYD

22 CAMERON is extended by 180 days.

23     **IT IS SO ORDERED.**

24
   DATED:    3/13        . 2006
25
                                          
26
                                      _____
27                                    The Honorable Samuel Conti
                                      UNITED STATES DISTRICT COURT
28

584013.1 0022.579                                                           C-05-4818-SC

[PROPOSED] ORDER FOR ENLARGEMENT OF TIME TO SERVE SUMMONS AND COMPLAINT